UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CASE NO.18-02612-jw |
| | ) ADVERSARIAL CASE NO.19-80008 |
| ANGEL MARIE STITH | ) CHAPTER 13 |
| | ) |
| | ) |
| DEBTOR, | ) |
| | ) |
| ANGEL MARIE STITH, | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SOUTH CAROLINA DEPARTMENT OF | ) |
| EMPLOYMENT AND WORKFORCE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**The Plaintiff, by and through her counsel and attorney David Hart Breen, in the above captioned adversary proceeding hereby stipulates that the above adversary proceeding is dismissed with prejudice as the parties have resolved the matter and the case is now moot.**

s/David H. Breen
**David H. Breen, #1459**
**Attorney for the Plaintiff**
**1341 44th Avenue North, Suite 200**
**Myrtle Beach, SC 29577**
**843-445-9915**
**proudcitadelfather@yahoo.com**

**Dated: February 27, 2019**